# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | |
| Samsung cellular telephone Model No. SCH-U5450, ESN 02211922486; Verizon cellular telephone number (701)202-6086 | ) ) ) | **ORDER** |
| | ) | |
| NetRome Security Black Box video surveillance system computer, Model No. NS840, Serial Number 8A482213 | ) ) ) | Case No.  1:08-mj-044 |

On motion of the Government and for the reasons stated in support of its motion, it is **ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant with attachments, including the Affidavit of Special Agent Michael Holt, Federal Bureau of Investigation, Search Warrant Return, and the Government's Motion to Seal, are sealed until further order of the court.

Dated this 3rd day of October, 2008.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge